## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BPS US Holdings Inc., *et al.*,[1] | ) | Case No. 16-12373 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

FILED 2016 NOV 21 AM 10: 21 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

### NOTICE OF STATUS AS A SUBSTANTIAL SHAREHOLDER[2]

**PLEASE TAKE NOTICE THAT** the undersigned party is/has become a Substantial Shareholder with respect to PSG Stock (as defined herein and in the *Interim Order Pursuant to Sections 105(a), 362(a)(3), and 541 of the Bankruptcy Code and Bankruptcy Rule 3001 Establishing Notification and Hearing Procedures for Trading in Equity Securities of Debtor Performance Sports Group. Ltd.* (the "Interim Order")) of Performance Sports Group Ltd. ("PSG"), a debtor and debtor in possession in Case No. 16-12373 (KJC) pending in the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian equivalent, are as follows: BPS US Holdings Inc. (8341); Bauer Hockey, Inc. (3094); Easton Baseball / Softball Inc. (5670); Bauer Hockey Retail Inc. (6663); Bauer Performance Sports Uniforms Inc. (1095); Performance Lacrosse Group Inc. (4200); BPS Diamond Sports Inc. (5909); PSG Innovation Inc. (9408); Performance Sports Group Ltd. (1514); KBAU Holdings Canada, Inc. (5751); Bauer Hockey Retail Corp. (1899); Easton Baseball / Softball Corp. (4068); PSG Innovation Corp. (2165); Bauer Hockey Corp. (4465); BPS Canada Intermediate Corp. (4633); BPS Diamond Sports Corp. (8049); Bauer Performance Sports Uniforms Corp. (2203); and Performance Lacrosse Group Corp. (1249). The Debtors' headquarters are located at 100 Domain Dr., Exeter, New Hampshire 03833.

[2] For purposes of this Notice, (A) a "Substantial Shareholder" is any person or entity (as defined in Treasury Regulations Section 1.382-3(a)(1)) which beneficially owns at least 4.5% of all issued and outstanding shares (equal to, as of October 28, 2016, approximately 2,063,754 shares) of the common stock of Performance Sports Group Ltd. ("PSG Stock"), and (B) "Beneficial Ownership" (or any variation thereof of PSG Stock and Options to acquire PSG Stock) shall be determined in accordance with applicable rules under Section 382, Treasury Regulations promulgated thereunder and rulings issued by the Internal Revenue Service, and thus, to the extent provided therein, from time to time shall include, without limitation, (i) direct and indirect ownership (e.g., a holding company would be considered to beneficially own all shares owned or acquired by its subsidiaries), (ii) ownership by the holder's family members and persons acting in concert with the holder to make a coordinated acquisition of stock, and (iii) ownership of an Option to acquire PSG Stock, but only to the extent such Option is treated as exercised under Treasury Regulation section 1.382-4(d). An "Option" to acquire stock includes any contingent purchase, warrant, convertible debt, put, stock subject to risk of forfeiture, contract to acquire stock, or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

01:19483032.1

PLEASE TAKE FURTHER NOTICE THAT, as of [Nov. 16, 2016], the undersigned party beneficially owns [6,026,860] shares of PSG Stock. The following table sets forth the date(s) on which the undersigned party acquired or otherwise became the beneficial owner of such PSG Stock:

| Number Of Shares | Date Acquired |
|---|---|
| See schedule A | |
| | |
| | |
| | |

(Attach additional page if necessary)

PLEASE TAKE FURTHER NOTICE THAT the last four digits of the taxpayer identification or social security number of the undersigned party are [7555].

PLEASE TAKE FURTHER NOTICE THAT, under penalty of perjury, the undersigned party hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Interim Order, this Notice is being (a) filed with the Court and (b) served upon (i) the Debtors, care of BPS US Holding Inc., 100 Domain Dr., Exeter, NH 03833 (Attn: Michael Wall); (ii) proposed co-counsel to the Debtors, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn: Christopher Hopkins) and Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Rodney Square, Wilmington, DE 19801 (Attn: Shane M. Reil); and (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Room 2207, Wilmington, DE 19801 (Attn: Mark S. Kenney).

01:19483032.1

Respectfully Submitted,

          _Partners Limited_
(Name of Shareholder)

By: _[signature]_
Name: Lory Corso
Title: Corporate Secretary
Address: 181 Bay St, Suite 300
Brookfield Place
Toronto, Ontario M5J 2T3
Telephone: (416) 359-8631
Facsimile: (416) 956-5176
Date: November 16, 2016

Schedule A

**CASH TRADES**

| TradeDate | TranType | Investment | Brookfield Entity | Quantity | Gross Price | Gross Amount |
|---|---|---|---|---|---|---|
| 8/26/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 250,000 | $ 2.3611 | $ 590,275 |
| 8/26/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 700,000 | $ 2.2439 | $ 1,570,730 |
| 8/26/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 286,907 | $ 2.4575 | $ 705,074 |
| 8/29/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 250,000 | $ 2.3797 | $ 594,925 |
| 8/30/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 100,000 | $ 2.5977 | $ 259,770 |
| 8/31/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 150,000 | $ 2.7080 | $ 406,200 |
| 9/1/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 49,000 | $ 2.7105 | $ 132,815 |
| 9/2/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 1,000,000 | $ 3.0122 | $ 3,012,200 |
| 9/2/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 487,850 | $ 2.7608 | $ 1,346,856 |
| 9/2/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 575,248 | $ 3.3908 | $ 1,950,551 |
| 9/6/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 53,184 | $ 3.1749 | $ 168,853 |
| 9/7/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 100,000 | $ 3.2760 | $ 327,600 |
| 9/7/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 248,773 | $ 3.2953 | $ 819,782 |
| 9/8/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 150,000 | $ 3.4316 | $ 514,740 |
| 9/8/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 44,258 | $ 3.3260 | $ 147,202 |
| 9/9/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 65,881 | $ 3.4677 | $ 228,456 |
| 9/12/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 45,567 | $ 3.4699 | $ 158,113 |
| 9/14/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 194,740 | $ 3.4294 | $ 667,841 |
| 9/15/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 43,402 | $ 3.4956 | $ 151,716 |
| 9/16/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 29,000 | $ 3.4992 | $ 101,477 |
| 9/19/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 82,000 | $ 3.6072 | $ 295,790 |
| 9/20/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 150,000 | $ 3.6500 | $ 547,500 |
| 9/26/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 296,800 | $ 4.0000 | $ 1,187,200 |
| 9/26/2016 | Buy | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 674,250 | $ 4.0000 | $ 2,697,000 |
| | | PERFORMANCE SPORTS GROUP LTD | 2484842 Delaware LP | 6,026,860 | $ 3.0833 | $ 18,582,666 |
| | | | | | CAD 4.03 | CAD 24,298,863 |

CAD Equivalent

Shares o/s  45,566,680
CASH % o/s  13.23%