# **EXHIBIT A**

**Proposed Order**

01:21861624.5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| OLD BPSUSH INC., *et al.*,[1] | ) ) | Case No. 16-12373 (KJC) |
| Debtors. | ) ) ) | (Jointly Administered) |
| | ) | **Ref Docket No. ___** |

**ORDER PURSUANT SECTION 1121(d) OF THE BANKRUPTCY CODE**
**FURTHER EXTENDING THE EXCLUSIVE PERIODS FOR THE FILING OF**
**A CHAPTER 11 PLAN AND SOLICITATION OF ACCEPTANCES THEREOF**

Upon consideration of the Motion[2] of Old BPUSH Inc. and its above-captioned affiliated debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors"), for entry of an order further extending the Exclusive Periods for the filing of a chapter 11 plan and solicitation of acceptances thereto, all as more fully described in the Motion; and upon consideration of the Motion; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Old BPSUSH Inc. (f/k/a BPS US Holdings Inc.) (8341); Old BH Inc. (f/k/a Bauer Hockey, Inc.) (3094); Old EBS Inc. (f/k/a Easton Baseball / Softball Inc.) (5670); Old BHR Inc. (f/k/a Bauer Hockey Retail Inc.) (6663); Old BPSU Inc. (f/k/a Bauer Performance Sports Uniforms Inc.) (1095); Old PLG Inc. (f/k/a Performance Lacrosse Group Inc.) (4200); Old BPSCI Inc. (f/k/a BPS Diamond Sports Inc.) (5909); Old PSGI Inc. (f/k/a PSG Innovation Inc.) (9408); Old BHR Wind-down Corp. (f/k/a Bauer Hockey Retail Corp.) (1899); Old EBS Wind-down Corp. (f/k/a Easton Baseball / Softball Corp.) (4068); Old PSGI Wind-down Corp. (f/k/a PSG Innovation Corp.) (2165); Old BPSDS Wind-down Corp. (f/k/a BPS Diamond Sports Corp.) (8049); Old BPSU Wind-down Corp. (f/k/a Bauer Performance Sports Uniforms Corp.) (2203); Old PLG Wind-down Corp. (f/k/a Performance Lacrosse Group Corp.) (1249); and Old PSG Wind-down Ltd. (1514) (f/k/a Performance Sports Group Ltd., and also representing the estates of the Debtors formerly known as KBAU Holdings Canada, Inc., Bauer Hockey Corp., and BPS Canada Intermediate Corp., respectively). The Debtors' mailing address is 100 Domain Drive, Exeter, NH 03833.

[2] Capitalized terms used, but not otherwise defined herein, have the meaning given to them in the Motion.

01:21861624.5

28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion and provided for herein is in the best interest of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED, as set forth herein.

2. The Plan Period for each Debtor is extended through and including August 28, 2017, pursuant to section 1121(d) of the Bankruptcy Code.

3. The Solicitation Period for each Debtor is extended through and including October 25, 2017, pursuant to section 1121(d) of the Bankruptcy Code.

4. The relief granted herein shall not prejudice the Debtors from seeking further extensions made pursuant to section 1121(d) of the Bankruptcy Code.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____, 2017
       Wilmington, Delaware

                                      Kevin J. Carey
                                      United States Bankruptcy Judge