# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Old BPSUSH Inc. | ) Chapter 11 |
| | ) |
| | ) Case No. 16-12373 (BLS) |
| Debtor. | ) |
| Employer Tax I.D. No.: 46-4698341 | ) **Ref. Docket No. 1902** |
| | ) |
| In re: Old BH Inc. | ) Chapter 11 |
| | ) |
| | ) Case No. 16-12374 (BLS) |
| Debtor. | ) |
| Employer Tax I.D. No.: 03-0273094 | ) |
| | ) |
| In re: Old EBS Inc. | ) Chapter 11 |
| | ) |
| | ) Case No. 16-12375 (BLS) |
| Debtor. | ) |
| Employer Tax I.D. No.: 46-4685670 | ) |
| | ) |
| In re: Old BHR Inc. | ) Chapter 11 |
| | ) |
| | ) Case No. 16-12376 (BLS) |
| Debtor. | ) |
| Employer Tax I.D. No.: 35-2516663 | ) |
| | ) |
| In re: Old BPSU Inc. | ) Chapter 11 |
| | ) |
| | ) Case No. 16-12377 (BLS) |
| Debtor. | ) |
| Employer Tax I.D. No.: 46-2241095 | ) |

27248155.1

|  |  |  |
|---|---|---|
| In re: Old PLG Inc. | ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 16-12378 (BLS) |
| Debtor.<br>Employer Tax I.D. No.: 04-2944200 | | |
| In re: Old BPSCI Inc. | ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 16-12379 (BLS) |
| Debtor.<br>Employer Tax I.D. No.: 46-2485909 | | |
| In re: Old PSGI Inc. | ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 16-12380 (BLS) |
| Debtor.<br>Employer Tax I.D. No.: 36-4819408 | | |
| In re: Old PSG Wind-down Ltd. | ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 16-12381 (BLS) |
| Debtor.<br>Employer Tax I.D. No.: 981221514 | | |

27248155.1

| | | |
|---|---|---|
| In re: Old BHR Wind-down Corp. | ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 16-12383 (BLS) |
| Debtor.<br>Employer Tax I.D. No.: 77968-1899 | ) ) | |
| In re: Old EBS Wind-down Corp. | ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 16-12384 (BLS) |
| Debtor.<br>Employer Tax I.D. No.: 98-1164068 | ) ) | |
| In re: Old PSGI Wind-down Corp. | ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 16-12385 (BLS) |
| Debtor.<br>Employer Tax I.D. No.: 819162165 | ) ) | |
| In re: Old BPSDS Wind-down Corp. | ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 16-12388 (BLS) |
| Debtor.<br>Employer Tax I.D. No.: 816678049 | ) ) | |

| | |
|---|---|
| In re: Old BPSU Wind-down Corp. | Chapter 11 |
| | |
| | Case No. 16-12389 (BLS) |
| Debtor. | |
| Employer Tax I.D. No.: 809042203 | |
| In re: Old PLG Wind-down Corp. | Chapter 11 |
| | |
| | Case No. 16-12390 (BLS) |
| Debtor. | |
| Employer Tax I.D. No.: 821221249 | |

**FINAL DECREE CLOSING EACH OF THE CANADIAN DEBTORS' CASES OTHER THAN THE CASE OF OLD PSG WIND DOWN LTD.**

Upon consideration of the motion (the "Motion")[1] of the Liquidation Trustee for entry of a final decree, pursuant to sections 105(a) and 350(a) of the Bankruptcy Code, Rule 3022 of the Bankruptcy Rules, and Local Rule 3022-1, (a) closing each of the Closed Cases and leaving open the Remaining Cases; (b) providing that, subsequent to the entry of the Proposed Final Decree, any pending or future matters regarding the Closed Cases shall be addressed in the Remaining Cases; (c) waiving certain reporting requirements; and (d) amending the caption of the Remaining Cases; and it appearing that due and sufficient notice of the Motion has been given under the circumstances; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334, the Amended Standing Order, and Article XII of the Plan; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and upon the Court's determination that the relief requested in the Motion

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

27248155.1

is in the best interests of the Debtors' estates and creditors and other parties in interest; and sufficient cause appearing for the relief requested in the Motion; **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is granted as set forth herein.

2. The following chapter 11 cases are hereby closed effective as of the date of the entry of this Final Decree:

   a. Old BHR Wind-down Corp. (f/k/a Bauer Hockey Retail Corp.) (1899) (Case No. 16-12383);

   b. Old EBS Wind-down Corp. (f/k/a Easton Baseball / Softball Corp.) (4068) (Case No. 16-12384);

   c. Old PSGI Wind-down Corp. (f/k/a PSG Innovation Corp.) (2165) (Case No. 16-12385);

   d. Old BPSDS Wind-down Corp. (f/k/a BPS Diamond Sports Corp.) (8049) (Case No. 16-12387);

   e. Old BPSU Wind-down Corp. (f/k/a Bauer Performance Sports Uniforms Corp.) (2203) (Case No. 16-12389);

   f. Old PLG Wind-down Corp. (f/k/a Performance Lacrosse Group Corp.) (1249) (Case No. 16-12390); and

3. The Remaining Cases shall remain open and shall be administered under the following amended caption:

27248155.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OLD BPSUSH INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 16-12373 (BLS) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of its federal tax identification number, are Old BPSUSH Inc. (f/k/a BPS US Holdings Inc.) (8341); Old BH Inc. (f/k/a Bauer Hockey, Inc.) (3094); Old EBS Inc. (f/k/a Easton Baseball / Softball Inc.) (5670); Old BHR Inc. (f/k/a Bauer Hockey Retail Inc.) (6663); Old BPSU Inc. (f/k/a Bauer Performance Sports Uniforms Inc.) (1095); Old PLG Inc. (f/k/a Performance Lacrosse Group Inc.) (4200); Old BPSCI Inc. (f/k/a BPS Diamond Sports Inc.) (5909); Old PSGI Inc. (f/k/a PSG Innovation Inc.) (9408); and Old PSG Wind-down Ltd. (1514) (f/k/a Performance Sports Group Ltd., and also representing the estates of the Debtors formerly known as KBAU Holdings Canada, Inc., Bauer Hockey Corp., and BPS Canada Intermediate Corp., respectively). The Debtor's mailing address is 666 Burrard Street, Suite 1700, Vancouver, British Columbia, Canada, V6C 2X8. In addition to the foregoing Debtors, the "Debtors" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Old BHR Wind-down Corp. (f/k/a Bauer Hockey Retail Corp.) (1899) (Case No. 16-12383); Old EBS Wind-down Corp. (f/k/a Easton Baseball / Softball Corp.) (4068) (Case No. 16-12384); Old PSGI Wind-down Corp. (f/k/a PSG Innovation Corp.) (2165) (Case No. 16-12385); Old BPSDS Wind-down Corp. (f/k/a BPS Diamond Sports Corp.) (8049) (Case No. 16-12388); Old BPSU Wind-down Corp. (f/k/a Bauer Performance Sports Uniforms Corp.) (2203) (Case No. 16-12389); and Old PLG Wind-down Corp. (f/k/a Performance Lacrosse Group Corp.) (1249) (Case No. 16-12390). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in these remaining jointly-administered chapter 11 cases.

4. The Clerk of the Court shall enter this Final Decree individually on the docket of each of the Closed Cases and thereafter such dockets shall be marked as "Closed."

5. All motions, contested matters, and adversary proceedings that remain open as of the date of this Final Decree, or that are opened after the date of this Final Decree, with respect to the Debtors will be administered in the Remaining Cases.

6. The Liquidation Trustee is authorized to resolve or to object to claims filed against each of the Debtors in the Remaining Cases notwithstanding the fact that the claim may have been filed against a Debtor in a Closed Case. For the avoidance of doubt, nothing in the Motion or in this Final Decree shall impair or modify the rights and/or defenses of any party with respect to any Debtor in a Closed Case or with respect to any Debtor for which there is a Closed

Case, including without limitation, with respect to any distributions under the Plan and/or the claims reconciliation process, it being understood that all such rights and defenses shall be preserved to the same extent that the Closed Cases not been closed.

7. The Liquidation Trustee shall complete any remaining monthly and quarterly reports with respect to the Closed Cases and shall pay all fees accrued and owing under 28 U.S.C. § 1930 with respect to disbursements made in the Closed Cases on the date that such fees are due.

8. The final report for the Debtors in the Closed Cases required under Local Rule 3022-1(c) shall be included as part of a consolidated report for all of the Debtors and filed in connection with the closure of the Remaining Cases.

9. Entry of this Final Decree is without prejudice to the rights of any party to seek to reopen the Closed Cases pursuant to section 350(b) of the Bankruptcy Code.

10. The Liquidating Trustee and Prime Clerk LLC, the claims and noticing agent, are authorized to take all actions that may be necessary to undertake the relief granted in this Final Decree.

11. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Final Decree.

Dated: December 16th, 2020 Wilmington, Delaware

BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE