**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OLD BPSUSH INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-12373 (BLS)<br><br>(Jointly Administered)<br><br>**Ref. Dkt. Nos. 1979, 1981** |

**ORDER GRANTING MOTION OF
OLD PSG LTD. AND THE OLD PSG TRUST
FOR ENTRY OF: (I) ORDER (A) APPROVING FINAL
REPORT AND ACCOUNT AND FINAL DISTRIBUTION;
(B) AUTHORIZING THE DISSOLUTION OF OLD PSG LTD.,
OLD PSG TRUST, AND THE REMAINING DEBTORS; (C) AUTHORIZING
ABANDONMENT OF BOOKS, RECORDS, AND INFORMATION; (D) DISCHARING
AND RELEASING CHIEF WIND-DOWN OFFICER, OLD PSG TRUSTEE, BOARD
OF DIRECTORS, TRUST ADVISORY BOARD, AND MONITOR; AND (E) GRANTING
RELATED RELIEF; AND (II) FINAL DECREE CLOSING CHAPTER 11 CASES**

Upon consideration of the Motion, dated March 31, 2023, of Old PSG Wind-down Ltd. ("**Old PSG Ltd.**") and the Old PSG Wind Down Liquidation Trust ("**Old PSG Trust**," and, together with Old PSG Ltd., "**Old PSG**"), pursuant to Sections 105(a), 350, 554, and 1142 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), Rules 3020(d), 3021, 3022, and 6007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 3022-1 of the Local Rules for the United States Bankruptcy Court for the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Old BPSUSH Inc. (f/k/a BPS US Holdings Inc.) (8341); Old BH Inc. (f/k/a Bauer Hockey, Inc.) (3094); Old EBS Inc. (f/k/a Easton Baseball / Softball Inc.) (5670); Old BHR Inc. (f/k/a Bauer Hockey Retail Inc.) (6663); Old BPSU Inc. (f/k/a Bauer Performance Sports Uniforms Inc.) (1095); Old PLG Inc. (f/k/a Performance Lacrosse Group Inc.) (4200); Old BPSCI Inc. (f/k/a BPS Diamond Sports Inc.) (5909); Old PSGI Inc. (f/k/a PSG Innovation Inc.) (9408); Old BHR Wind-down Corp. (f/k/a Bauer Hockey Retail Corp.) (1899); Old EBS Wind-down Corp. (f/k/a Easton Baseball / Softball Corp.) (4068); Old PSGI Wind-down Corp. (f/k/a PSG Innovation Corp.) (2165); Old BPSDS Wind-down Corp. (f/k/a BPS Diamond Sports Corp.) (8049); Old BPSU Wind-down Corp. (f/k/a Bauer Performance Sports Uniforms Corp.) (2203); Old PLG Wind-down Corp. (f/k/a Performance Lacrosse Group Corp.) (1249); and Old PSG Wind-down Ltd. (1514) (f/k/a Performance Sports Group Ltd., and also representing the estates of the Debtors formerly known as KBAU Holdings Canada, Inc., Bauer Hockey Corp., and BPS Canada Intermediate Corp., respectively).

District of Delaware (the "**Local Rules**"), seeking entry of: (i) an order (a) approving the *Final Report and Account of Old PSG's Chapter 11 Cases* (the "**Final Report**"), dated March 31, 2023, and approving a final distribution of all of the remaining assets of Old PSG Ltd. and the Old PSG Trust (after payment of and/or funding of reserves for remaining wind down expenses) to the holders of Allowed Parent Equity Interests[2] and Beneficial Trust Interests, (b) authorizing the dissolution of Old PSG Ltd., the Old PSG Trust, and the remaining Debtors upon completion of the final distribution, (c) authorizing the abandonment of books, records, and information of the Debtors, (d) discharging and releasing the Chief Wind-Down Office, the Old PSG Trustee, the members of the Board of Directors of Old PSG Ltd., the members of the Old PSG Trust Advisory Board, and the Monitor, in their respective capacities as such, and their respective counsel and advisors, and (e) granting related relief; and (ii) a final decree closing the Debtors' Chapter 11 cases; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

    **NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

    1.    The Motion is hereby **GRANTED** as set forth herein.

---

[2] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the *First Amended Joint Chapter 11 Plan of Liquidation of Old BPSUSH Inc. and Its Affiliated Debtors* [Dkt. No. 1473], dated November 2, 2017.

2. The Final Report is hereby approved.

3. Old PSG Ltd. and the Old PSG Trust are authorized to make a final distribution of all of the remaining assets of Old PSG Ltd. and the Old PSG Trust (after payment of and/or funding of reserves for wind down expenses), which assets comprise Shareholder Distributable Assets, to the holders of Allowed Parent Equity Interests and Beneficial Trust Interests, and such final distribution is hereby approved.

4. Old PSG Ltd. and the Old PSG Trust are authorized to take any necessary or appropriate actions to complete the wind-down and effectuate the dissolution of Old PSG Ltd., its Debtor subsidiaries, and the Old PSG Trust, including, without limitation, filing necessary or appropriate tax returns and corporate filings, and obtaining any necessary or appropriate corporate authorizations.

5. Old PSG Ltd. and the Old PSG Trust are authorized to abandon any or all of the books, records, and information of the Debtors.

6. The Chief Wind-Down Officer, the Old PSG Trustee, the current and former members of the Old PSG Board, the current and former members of the Old PSG Trust Advisory Board, and the Monitor, in their respective capacities as such, and their respective counsel and advisors, shall be and hereby are: (i) released of any claims, liabilities, or causes of action (whether in tort or in contract) relating to or arising in connection with the post-Effective Date implementation, administration, and/or consummation, as applicable, of the Plan, the Confirmation Order, the Reorganized Parent and other Reorganized Debtors, the Old PSG Trust, and the Liquidation Trust Agreement, and any act or omission in respect of the foregoing, except in instances of fraud, willful misconduct, or gross negligence; and (ii) discharged of their

responsibilities, duties, and obligations, including all responsibilities, duties, and obligations under the Confirmation Order, the Plan, and the Liquidation Trust Agreement.

7. For the avoidance of doubt, nothing in this Order shall operate as a waiver or release of the Debtors' or the Old PSG Trust's obligations under the Plan.

8. Effective as of the date of this Order, the following Chapter 11 cases shall be closed:

| Case No. | Debtor |
|---|---|
| 16-12373 | Old BPSUSH Inc. (f/k/a BPS US Holdings Inc.) |
| 16-12374 | Old BH Inc. (f/k/a Bauer Hockey, Inc.) |
| 16-12375 | Old EBS Inc. (f/k/a Easton Baseball / Softball Inc.) |
| 16-12376 | Old BHR Inc. (f/k/a Bauer Hockey Retail Inc.) |
| 16-12377 | Old BPSU Inc. (f/k/a Bauer Performance Sports Uniforms Inc.) |
| 16-12378 | Old PLG Inc. (f/k/a Performance Lacrosse Group Inc.) |
| 16-12379 | Old BPSCI Inc. (f/k/a BPS Diamond Sports Inc.) |
| 16-12380 | Old PSGI Inc. (f/k/a PSG Innovation Inc.) |
| 16-12381 | Old PSG Wind-down Ltd. (f/k/a Performance Sports Group Ltd.). |
| 16-12382 | KBAU Holdings Canada, Inc. |
| 16-12386 | Bauer Hockey Corp. |
| 16-12387 | BPS Canada Intermediate Corp. |

9. Entry of this Order is without prejudice to the rights of any party to seek to re-open any of the Chapter 11 cases pursuant to and in accordance with Bankruptcy Code Section 350(b).

10. The Chief-Wind Down Officer and the Old PSG Trustee are authorized to take all actions necessary or appropriate actions to effectuate the relief granted pursuant to this Order.

11. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

12. This Order shall become effective, binding, and enforceable immediately upon entry.

13. Following entry of this Order, Old PSG shall: (i) submit post-confirmation quarterly report(s) for the Chapter 11 Cases for the first quarter 2023, and the reporting period ending as of the date of this Order, and (ii) pay all quarterly fees due to the United States Trustee under 28 U.S.C. § 1930 ("**U.S. Trustee Quarterly Fees**") that have come due as of the date hereof.  The U.S. Trustee reserves the right to move to reopen the Remaining Chapter 11 Cases if such post-confirmation quarterly reports are not filed and submitted and all U.S. Trustee Quarterly Fees are not paid including if not paid timely.

**Dated: April 20th, 2023**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE